IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

DAVID BUSER, *conservator for*
*Eleanor Jean Hash*

        Plaintiff,

        v.

ARHC PPKLAOR01 TRS, LLC,

        Defendant.

1:15-CV-1842-CL

ORDER

CLARKE, Magistrate Judge

    Based on the parties' stipulated notice of dismissal, and the Court having reviewed the file and been fully advised, it is Ordered that Plaintiff's complaint is dismissed in its entirety with prejudice. The Stipulated Motion (#27) is granted. Defendant's Answer and Affirmative Defenses are dismissed in their entirety with prejudice. No costs, disbursements or attorney fees are awarded to either party.

    ORDERED and DATED this 12 day of September, 2016.

                                  MARK D. CLARKE
                                  United States Magistrate Judge